Michael E. HARRIS, Plaintiff—Appellant,

v.

SPRINT UNITED MANAGEMENT, INCORPORATED, Defendant—Appellee,

and

William T. Esrey, CCEO; Jim Kissinger, VP; Ronald E. Gier, VP; Nesa Rae Helm; Stephanie Blaine; Nancy Pelfresne; Cynthia Fisher; Lynn Smichk, Defendants.

No. 03–1967.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 21, 2004.

Decided Feb. 10, 2004.

Michael E. Harris, Appellant pro se. Charles Frederick Walters, Seyfarth Shaw, Washington, D.C., for Appellee.

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael E. Harris appeals the district court's order granting summary judgment in favor of Sprint United Management,

Inc., in this action filed under Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. Sprint United Management, Inc.*, No. CA–02–1239–A (E.D. Va. filed June 19, 2003 & entered June 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*